**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

LEATHIA FAILS,

      Plaintiff,

v.

H&H OF VANDALIA LLC,

      Defendant.

Case No.: 3:21-cv-321

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**NOTICE TO *PRO SE* PLAINTIFF UPON
FILING OF DISPOSITIVE MOTION**

---

You are hereby notified that the Defendant has filed a motion to dismiss in this case pursuant to Fed. R. Civ. P. 12. (Doc. #19). The Court's decision on such motion may result in the dismissal of some or all of your claims. You should receive a copy of the motion directly from the Defendant via regular mail. Your response to this motion must be filed **no later than twenty-four days from the date the motion was filed with the Court** and must conform to the requirements of Fed. R. Civ. P. 12. When you file your response, you must include a certificate confirming that you have served your response on *all* parties in the case. Please consult the Court's Pro Se Guide for Civil Litigants for guidance about responding to Defendant's motion. The Pro Se Guide for Civil Litigants is available online at https://www.ohsd.uscourts.gov/pro-se.

Date:  November 30, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge